UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRANCE BURKE, ) | |
| ) | |
| Plaintiff, ) | No. 3:15-cv-00101 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| TENNESSEE DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On August 25, 2015, the Magistrate Judge issued a Report and Recommendation (R&R) (Docket No. 52) as to the Plaintiff's Motions for Preliminary Injunction (Docket Nos. 37, 38, 40, 43, 45), recommending that the Motions be denied. The Plaintiff has not filed any Objections to the R&R.

For the reasons explained more fully in the Memorandum entered contemporaneously herewith, the court agrees with the Magistrate Judge's analysis and recommendations. Therefore, the Plaintiff's Motions (Docket Nos. 37, 38, 40, 43, 45) are hereby **DENIED**.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge