UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRANCE BURKE, ) | |
| ) | |
| Plaintiff, ) | No. 3:15-cv-00101 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| TENNESSEE DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On September 4, 2015, the Magistrate Judge issued a Report and Recommendation (R&R) (Docket No. 60) as to the Plaintiff's Motions for Preliminary Injunction (Docket Nos. 55 and 57), recommending that the Motions be denied.

Pending before the court are Objections to the R&R timely filed by the Plaintiff (Docket No. 64), a Response filed by the Defendants (Docket No. 58), and a Motion to Strike filed by the Plaintiff (Docket No. 65).

For the reasons explained more fully in the Memorandum entered contemporaneously herewith, the court finds that the Plaintiff's Objections lack merit. The court agrees with the Magistrate Judge's analysis and recommendations. Therefore, the plaintiff's Objections are **OVERRULED**.

Further, the Plaintiff's Motion to Strike (Docket No. 65) is hereby **DENIED**. However, the Clerk is **DIRECTED** to mail the Plaintiff a copy of the Defendants' Response in Opposition to the Motions for Preliminary Injunction (Docket No. 58).

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge