IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRANCE BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00101 |
| ) | Judge Trauger |
| TENNESSEE DEPARTMENT OF ) | |
| CORRECTION, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 3, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 104), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The defendants' Motion for Summary Judgment (Docket No. 99) is GRANTED.

2. The plaintiff's claims arising under the Eight Amendment and Fourteenth Amendment are hereby DISMISSED WITH PREJUDICE.

3. The plaintiff's state law claims are hereby DISMISSED WITHOUT PREJUDICE.

This Order constitutes the final judgment in this case, and any appeal herefrom would not be certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTER this 30th day of August 2016.

_____
ALETA A. TRAUGER
U.S. District Judge